**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cv-20190-DAMIAN/D'Angelo

Natural Extraction Systems, LLC,

      Plaintiff,

v.

Green Thumb Industries Inc. *et al.*,

      Defendants.

_____/

**<u>UNOPPOSED MOTION FOR EXTENSION OF REPLY DEADLINE</u>**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendants Green Thumb Industries Inc., GTI Florida, LLC, and KSGNF, LLC (collectively, "GTI Defendants") respectfully request this Court for an order granting GTI Defendants a one-week extension, to and including April 24, 2026, of the deadline to file their Reply in support of the Motion to Transfer Venue [ECF No. 33]. In support of this request, GTI Defendants state:

1. GTI Defendants filed their Motion to Transfer Venue on March 27, 2026. Plaintiff filed its Response [ECF No. 35] to the Motion to Transfer on April 10, 2026. GTI Defendants' Reply is therefore presently due on April 17, 2026. *See* L.R. 7.1(c)(1).

2. Although GTI Defendants began diligently working on the Reply upon receiving the Response, GTI Defendants require additional time to investigate certain of the claims and arguments made in Plaintiff's Response.

3. GTI Defendants therefore request a one-week extension, up to and including April 24, 2026, to file their Reply in support of the Motion to Transfer Venue.

1

4.      GTI Defendants' requested extension is made in good faith and not for purposes of delay.  Moreover, the requested extension will not prejudice Plaintiff, who does not oppose the requested relief.  This is GTI Defendants' first request for an extension of the Reply deadline.

WHEREFORE, GTI Defendants respectfully request the Court to enter an order extending the deadline for GTI Defendants to file their Reply in Support of the Motion to Transfer Venue, with a new deadline up to and including April 24, 2026.  A proposed order to this effect is attached as Exhibit 1.

## Certificate of Conferral

The undersigned certifies that counsel for GTI Defendants conferred with counsel for Plaintiff via email on April 13, 2026, and that counsel for Plaintiff stated the relief requested herein is unopposed.

2

Dated: April 13, 2026

Respectfully submitted,

*/s/ Tom K. Schulte*

Tom K. Schulte (Florida Bar No. 1025692)
tschulte@hunton.com
HUNTON ANDREWS KURTH LLP
333 SE 2nd Avenue, Suite 2400
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

Shawn G. Hansen (admitted *Pro Hac Vice*)
shansen@nixonpeabody.com
Taylor Pfeifer (Florida Bar No. 1028557)
tpfeifer@nixonpeabody.com
NIXON PEABODY LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213 629-6001

Seth Horvath (admitted *Pro Hac Vice*)
sahorvath@nixonpeabody.com
Matthew Zuziak (admitted *Pro Hac Vice*)
mzuziak@nixonpeabody.com
NIXON PEABODY LLP
70 West Madison, Suite 5200
Chicago, IL 60602
Telephone: (312) 977-4400

Alec Royka (admitted *Pro Hac Vice*)
aroyka@nixonpeabody.com
NIXON PEABODY LLP
677 Broadway, 10th Floor
Albany, NY 12207
Telephone: (518) 427-2650

*Attorneys for Defendants Green Thumb*
*Industries Inc., GTI Florida, LLC, and*
*KSGNF, LLC*

3

**<u>CERTFICATE OF SERVICE</u>**

I certify that on April 13, 2026, I filed a true and correct copy of the foregoing with the

Clerk of Court via CM/ECF, which will send electronic notice to all counsel of record.


*/s/ Tom K. Schulte*

4